**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Rudolph Rotondo,      )<br>                                                )<br>            Petitioner,              )<br>                                                )<br>vs.                                           )<br>                                                )<br>                                                )<br>Dora Schriro, et al.,                )<br>                                                )<br>            Respondents.          )<br>_____) | No. CV 06-1179-PHX-SMM (JCG)<br><br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C § 2254. The matter was referred to Magistrate Judge Jennifer C. Guerin for Report and Recommendation. On March 27, 2007, the Magistrate Judge filed a Report and Recommendation with this Court. To date, no objections have been filed.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings. Orand v. United

States, 602 F.2d 207 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)); see also Barilla v. Ervin, 886 F.2d 1514 (9th Cir. 1989) (overruled on other grounds). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Baxter, 923 F.2d at 1394; Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge Guerin, and no objections having been made by Plaintiff thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION AND ORDER**

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Dkt. 12).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeus is **DISMISSED WITH PREJUDICE**, terminating this case.

DATED this 30th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge