**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Samuel Rudolph Rotondo, | No. CV-06-1179-PHX-SMM |
| Petitioner, | |
| vs. | **ORDER** |
| Charles Ryan, et al., | |
| Respondents. | |

Pending are two requests by Petitioner Samuel Rotondo for the Court to provide him with a status report regarding the disposition of his petition for habeas corpus. (Docs. 15, 16.) Petitioner states that he has been waiting seven years but has not heard from this Court.

On April 27, 2006, Petitioner *pro se* initiated a petition for writ of habeas corpus in this Court. (Doc. 1.) Petitioner provided the Court with his proper mailing address. (Doc. 1.) On March 27, 2007, Magistrate Judge Jennifer Guerin submitted a detailed report reviewing Petitioner's habeas petition and recommending that it be denied. (Doc. 12.) The Clerk of Court mailed a copy of this report to Petitioner. (Doc. 12 at 6.) Subsequently, this Court adopted the report and recommendation of Judge Guerin and dismissed with prejudice Petitioner's habeas petition. (Doc. 13.) Thereafter, Judgment was entered terminating this case. The Court's docket reveals that the Clerk of Court mailed copies of this Court's decision and the Judgment to Petitioner and the mail was not returned as undeliverable. (Docs 12, 13.) According to Federal Rule of Civil Procedure 5(b)(2) and 77(d), service of court documents is complete upon mailing. Therefore, there is a rebuttable presumption that

Petitioner received these mailings. See Schikore v. BankAmerica Supplemental Ret. Plan, 269 F.3d 956, 961 (9th Cir.2001).

In Petitioner's requests for a status update, he provided the Court with his new address. Although, Petitioner was informed to notify the Court immediately upon any change of address and warned that a failure to do so could result in a dismissal of his petitioner pursuant to Federal Rule of Civil Procedure 41(b), Petitioner just recently notified the Court of his address change (See Doc. 3.)

As a matter of courtesy, the Court will send copies of the Report and Recommendation, this Court's Order and the Judgment to Petitioner that had previously been sent to Petitioner at his previous official address.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Petitioner's request for status reports. (Docs 15, 16.) The Clerk of Court shall mail copies of Docs. 12, 13, and 14 to Petitioner at his current address.

DATED this 18th day of October, 2013.

Stephen M. McNamee
Senior United States District Judge